IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT C. BOLUS, SR. and BOLUS TRUCK PARTS AND TOWING, INC. T/A BOLUS ENVIRONMENTAL GROUP, *Plaintiffs*, v. IAT INSURANCE GROUP T/A HARCO NATIONAL INSURANCE COMPANY; BRADLEY DAVENPORT and MOUNT POCONO TRANSPORTATION, INC., *Defendants*. | : : : : : : : : : : : : : : : | CIVIL ACTION NO. 19-1712 |

## ORDER

**AND NOW**, this day of 9th July 2019, upon consideration of Plaintiffs' Motion for Remand (ECF No. 5), Defendants' Response thereto (ECF No. 8), and Plaintiffs' Reply in support of its Motion for Remand (ECF No. 9), it is hereby **ORDERED** that this action is **REMANDED** to the Court of Common Pleas of Philadelphia County. The clerk shall close this case.

BY THE COURT:

DATE: 7-9-2019

CHAD F. KENNEY, JUDGE